EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-12905 |
| | : | |
| PHOENIX CONSTRUCTORS, LLC | : | SECTION "A" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

## MOTION TO SELL PROPERTY

**NOW INTO COURT,** through undersigned counsel, comes Barbara Rivera-Fulton, Chapter 7 trustee of the captioned estate ("Trustee"), who respectfully represents:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on November 29, 2016.

2. Applicant is the duly appointed trustee of the bankruptcy estate of the above-named Debtor and is now acting as such trustee.

3. This Court has jurisdiction over this case under 28 U.S.C.§ 1334 and this matter is a core proceeding under, without limitation, 28 U.S.C.§ 157(b)(2)(A) and (N).  Venue of this case and this motion is proper in this district under 28 U.S.C. § 1408 and 1409.  The statutory predicate for the relief sought herein is 11 U.S.C. §363 of the Bankruptcy Code, as complimented by Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure.

4. Included within the property of the estate is the following:

   2007 Ford F250 Pickup Truck, VIN# 1FTSW20PX7EA19667 ("Truck")

5. The Trustee had Servcorp International, Inc. ("Servcorp") inspect and value the Truck.  Bradley Mutz of Servcorp has secured an offer for the Truck of $2,000 from Jimmy Strickland.  Mr. Mutz advises that the offer is reasonable given the Truck's condition.

6. Mr. Strickland has agreed to pay the purchase price for the Truck to the Trustee within 10 days of the entry of the order approving the sale.

7. By this Motion, the Trustee seeks authorization to sell the Truck to Mr. Strickland. The Trustee also seeks authority to pay Mr. Mutz (i) a 10% commission of $200.00 for securing the offer on the Truck, (ii) a $100.00 fee for picking up the Truck, and (iii) a duplicate title fee of $111.50 so that the Truck can be transferred to Mr. Strickland.

### **Higher Offers for the Truck**

8. Anyone wishing to make a higher offer for the Truck must submit a response to this Motion that:

   a. is made in writing, setting forth the identity of the offering party and specifying the amount of the initial competing offer;

   b. is filed with the Clerk of Court, United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras Street, New Orleans, Louisiana 70130 and is transmitted and served upon Fernand L. Laudumiey, IV, attorney for Barbara Rivera-Fulton, Trustee, at 201 St. Charles Ave., Suite 4000, New Orleans, LA 70170-4000 so as to be received no later than seven (7) days prior to the hearing on this Motion; and

   c. sets forth an offer for the Truck in an amount that is higher than the $2,000 purchase price agreed to by Mr. Strickland.

WHEREFORE, the Trustee prays as follows:

   a. That the Court approve the sale of the Truck to Jimmy Strickland on the terms and conditions set forth herein;

   b. That the Court approve the payments to Servcorp for its commission, pickup fee, and duplicate title; and

   c. For such other and further relief as is just.

        Respectfully submitted,

        CHAFFE McCALL, LLP
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2300
        Telephone: (504) 585-7000
        Fax: (504) 585-7075


        By: */s/ Fernand L. Laudumiey, IV*
           David J. Messina, #18341
           Fernand L. Laudumiey, IV, #24518
Attorneys for Barbara Rivera-Fulton, Trustee